UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40042 |
| Plaintiff, | |
| vs. | ORDER |
| RAY NOEL CAMACHO, SR., a/k/a "Pato," | |
| Defendant. | |

*******************************************************************

Pending before the Court is the Report and Recommendation of Magistrate Judge Duffy, Doc. 100. No objections have been filed to the Report and Recommendation and the time for objections has expired. Accordingly,

IT IS ORDERED:

1. That the Report and Recommendation of Magistrate Judge Duffy, Doc. 100, is adopted and Defendant Camacho's Motion to Suppress, Doc. 61, is granted in part and denied in part.

2. That Defendant Camacho's statement is unavailable to the Government in its case in chief.

3. That should Defendant Camacho testify in his own defense, the Government will be allowed to use Defendant Camacho's prior statements for impeachment.

Dated this 5th day of October, 2022.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____